## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. _____-_____/ _____

DASSAULT SYSTÈMES
SOLIDWORKS CORP.,

     Plaintiff,

v.

PAPIS GARAGE CORP,
AND MANUEL RAMIREZ,

     Defendants.

_____/

## PLAINTIFF DASSAULT SYSTÈMES
## SOLIDWORKS CORP.'S COMPLAINT AND JURY DEMAND

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendants PAPIS GARAGE CORP ("Papis Garage"), and MANUEL RAMIREZ ("Ramirez") (collectively "Defendants") hereby allege as follows:

## NATURE OF THE ACTION

1.    This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action

1

arising out of Papis Garage's unauthorized and willful use and copying of DS SolidWorks' SOLIDWORKS software package.

## THE PARTIES

2.     Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451.

3.     On information and belief, Defendant Papis Garage is a Florida corporation having a principal place of business at 8717 NW 117th Street, Bay 2, Hialeah, Florida 33018.

4.     On information and belief, Defendant Ramirez is the president of Papis Garage, who upon information and belief is an adult individual residing at 725 W 73rd Place, Hialeah, Florida 33014.

## JURISDICTION AND VENUE

5.     This action arises under 17 U.S.C. § 101 et seq. for Defendants' infringement of copyrights owned by DS SolidWorks and for Defendants' circumvention of technical measures used to control access to DS SolidWorks SOLIDWORKS software packages and under state law for breach of contract between Papis Garage and DS SolidWorks.

6.     This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331,

1332(a), and 1338(a).  This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

7.     This Court has personal jurisdiction over Defendant Papis Garage because, among other things, Papis Garage resides in and conducts business in Florida and in this district.

8.     This Court has personal jurisdiction over Defendant Ramirez because, among other things, Ramirez resides in and conducts business in Florida and in this district.

9.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), 1391(c)(2), and 1400(a).

## BACKGROUND

### DS SolidWorks and the Copyrighted Works

10.     DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

11.     DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

12.     DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations in Table 1 below, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX0008284758 | SOLIDWORKS 2016 |
| TX 0008443820 | SOLIDWORKS 2017 |
| TX 0008895494 | SOLIDWORKS 2019 |
| TX000885576 | SOLIDWORKS 2020 |
| TX 0009112305 | SOLIDWORKS 2021 |
| TX0009074914 | SOLIDWORKS 2022 |
| TX0009277249 | SOLIDWORKS 2023 |
| TX0009376069 | SOLIDWORKS 2024 |

Table 1

**Detection of Infringement by Defendants**

13.     The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies use of unlicensed and unauthorized copies of the SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

14.     Through its monitoring technology, DS SolidWorks detected at least 404 uses of unlicensed and unauthorized copies of the SOLIDWORKS

4

software on at least four computers having Media Access Control ("MAC")

addresses as shown below in Table 2 (the "Computers").

| Computer | MAC Address |
|----------|-------------|
| 1 | 8c2daa3bb06d |
| | 10ddb1a55250 |
| 2 | 18c04d96f98a |
| 3 | 309c23a2bc55 |
| 4 | 2c6dc12eb526 |
| | d8bbc1a5ba3b |
| | 2c6dc12eb52a |
| | 2c6dc12eb527 |

Table 2

### *Computer 1*

15.     Through its monitoring technology, DS SolidWorks detected

that at least three of the 404 identified uses of unlicensed and unauthorized

copies of the SOLIDWORKS software occurred on Computer 1.

16.     Through its monitoring technology, DS SolidWorks detected Wi-

Fi geolocation data showing that all three of the above-identified uses of

unauthorized and unlicensed copies of the SOLIDWORKS software

occurred while Computer 1 was physically located at 8717 NW 117th Street,

Bay 2, Hialeah, Florida 33018.

17.     Papis Garage operates out of 8717 NW 117th Street, Bay 2,

Hialeah, Florida 33018.

5

18.     Unauthorized and unlicensed copies of the SOLIDWORKS software were used at Papis Garage's location.

19.     Through its monitoring technology, DS SolidWorks detected the redacted username "PA\*\*" on Computer 1.

20.     Upon information and belief, the username on Computer 1 is "PAPI."

21.     PAPI is in the name of the Defendant, Papis Garage.

22.     Papis Garage owns Computer 1.

23.     Papis Garage's website and social media contain images of components that appear to have been designed with a CAD program like SolidWorks.

24.     Unauthorized and unlicensed copies of the SOLIDWORKS software were used on Computer 1 to do work for Papis Garage.

***Computer 2***

25.     Through its monitoring technology, DS SolidWorks detected that eighty-two of the 404 above-identified uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

26.     Through its monitoring technology, DS SolidWorks detected Wi-Fi geolocation data showing that all of the eighty-two above-identified uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred while Computer 2 was physically located at 8717 NW 117th Street, Bay 2, Hialeah, Florida 33018.

27.     Papis Garage operates out of 8717 NW 117th Street, Bay 2, Hialeah, Florida 33018.

28.     Unauthorized and unlicensed use of the SOLIDWORKS software on Computer 2 occurred at Papis Garage's location.

29.     Through its monitoring technology, DS SolidWorks detected the username "Papis Garage" on Computer 2.

30.     "Papis Garage" is in the name of the Defendant, Papis Garage.

31.     Papis Garage's website and social media contain images of components that appear to have been designed with a CAD program like SolidWorks.

32.     Papis Garage owns Computer 2.

33.     Unauthorized and unlicensed copies of the SOLIDWORKS software were used on Computer 2 to do work for Papis Garage.

34.     Through its monitoring technology, DS SolidWorks detected the email address "manuel@Papisgarage.com" on Computer 2.

35.     Ramirez uses the email address "manuel@papisgarage.com" to send and receive emails.

36.     Ramirez used Computer 2.

37.     Ramirez used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2.

38.     Manuel Ramirez is the President of Papis Garage.

39.     Ramirez used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 2 to do work for Papis Garage.

*__Computer 3__*

40.     Through its monitoring technology, DS SolidWorks detected that 34 of the 404 above-referenced uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

41.     Through its monitoring technology, DS SolidWorks detected the email domain "papigarage.com" on Computer 3.

42.     The URL "papisgarage.com" directs to Papis website.

43.     Papis Garage owns the domain name "papisgarage.com"

44.    "papisgarage.com" is the email domain utilized by Papis Garage to send and received emails.

45.    Papis Garage owns Computer 3.

46.    Unauthorized and unlicensed copies of the SOLIDWORKS software were used on Computer 3 to do work for Papis Garage.

*Computer 4*

47.    Through its monitoring technology, DS SolidWorks detected that 285 of the 404 above-referenced uses of unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 4.

48.    Through its monitoring technology, DS SolidWorks detected Wi-Fi-geolocation data showing that all of the 284 above-identified infringements occurred while Computer 4 was physically located at 8717 NW 117th Street, Bay 2, Hialeah, Florida 33018.

49.    Papis Garage operates out of 8717 NW 117th Street, Bay 2, Hialeah, Florida 33018.

50.    Unauthorized and unlicensed use of the SOLIDWORKS software on Computer 4 occurred at Papis Garage's location.

51.     Through its monitoring technology, DS SolidWorks detected the username "Papis Garage" on Computer 4.

52.     "Papis Garage" is part of the name of the Defendant, Papis Garage.

53.     Papis Garage owns Computer 4.

54.     Unauthorized and unlicensed copies of the SOLIDWORKS software were used on Computer 4 to do work for Papis Garage.

55.     Through its monitoring technology, DS SolidWorks detected the email address "manuel@papisgarage.com" on Computer 4.

56.     Ramirez uses the email address "manuel@papisgarage.com."

57.     Ramirez used Computer 4.

58.     Ramirez used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 4.

59.     Manuel Ramirez is the President of and registered agent for Papis Garage.

60.     Ramirez used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 4 to do work for Papis Garage.

**Infringement, Circumvention, and Breach by Papis Garage and Manuel Ramirez**

10

61.     Upon information and belief, the Computers are owned by at least one of Papis Garage and Ramirez.

62.     As shown on its website, Papis Garage manufactures and offers for sale "after-market" parts for cars, trucks, and the like, including lift and suspension kits. *See* https://papisgarage.com/.

63.     Papis Garage utilizes SOLIDWORKS software to design these parts and kits.

64.     An Instagram video dated June 29, 2022, posted under the username "papisgarage," shows a SOLIDWORKS CAD model of a kit produced by Defendant Papis Garage. A screenshot of the video is attached as     Exhibit          2,          hereto.     *See          also*          URL https://www.instagram.com/p/CfYn6jFFl76/.

65.     An Instagram video dated September 4, 2023, posted under the username "papisgarage," shows a close up of a SOLIDWORKS CAD model of a kit produced by Defendant Papis Garage, and features an explanation of the kit by Defendant Ramirez. A screenshot of the video is attached as Exhibit          3,          hereto.          See          also          URL https://www.instagram.com/p/CwyzgAyu27b/.

11

66.     An Instagram photo dated December 4, 2023, posted under the username "papisgarage," shows Defendant Ramirez utilizing SOLIDWORKS to create a CAD model, and is attached as Exhibit 4, hereto.

67.     An Instagram video dated February 24, 2024, posted under the username "papisgarage," shows a SOLIDWORKS CAD model of a part produced by Papis Garage, and includes a description of the part by Defendant Ramirez. A screenshot of the video is attached as Exhibit 5, hereto. See also URL https://www.instagram.com/p/C3kBy7kOCAB/.

68.     An Instagram video dated January 10, 2025, posted under the username "papisgarage," shows a SOLIDWORKS CAD model of a part produced by Papis Garage including a faceplate which reads "PAPIS GARAGE," and includes a description the part by Defendant Ramirez. A screenshot of the video is attached as Exhibit 6, hereto. See also URL https://www.instagram.com/p/DEqg-1xOkN4/.

69.     An Instagram video dated January 21, 2025, posted under the username "papisgarage," shows Defendant Ramirez explaining Papis Garage's design process using exemplary SOLIDWORKS CAD models produced by Papis Garage. A screenshot of the video is attached as Exhibit 7, hereto. See also URL https://www.instagram.com/p/DFGD-DqusdW/.

70.     An Instagram post dated April 5, 2025, posted under the username "papisgarage," includes two photos of Defendant Ramirez utilizing SOLIDWORKS software to produce CAD models. Photos from the post are attached as Exhibit 8, hereto.

71.     A YouTube video titled "Building The Future Of Suspension" dated April 5, 2025, and posted under the account name "papisgarage," shows Defendant Ramirez utilizing SOLIDWORKS software to design CAD models. A screenshot of the video is attached as Exhibit 9, hereto. See also URL https://www.youtube.com/watch?v=FRZ5B1ZbALw.

72.     Upon information and belief, Papis Garage financially benefits from the use of DS SolidWorks' SOLIDWORKS software packages.

73.     Upon information and belief, the Computers have been used by at least one of employees of Papis Garage, Ramirez, or persons under the control of Papis Garage.

74.     Upon information and belief, at least one of Ramirez, employees of Papis Garage, or persons under the control of Papis Garage downloaded one or more unauthorized and unlicensed copies of SOLIDWORKS from the internet.

13

75.     Upon information and belief, at least one of Ramirez, employees of Papis Garage, or persons under the control of Papis Garage installed or caused to be installed one or more copies of SOLIDWORKS on the Computers.

76.     During the installation process of SOLIDWORKS, a link to the License Agreement is displayed on the computer screen. A copy of the License Agreement is attached as Exhibit 10 hereto.

77.     The License Agreement states that "… installing and using [SOLIDWORKS]… will signify your agreement to be bound by these terms and conditions." Exhibit 10 at p. 2/45.

78.     At least one of Ramirez, employees of Papis Garage, or persons under the control of Papis Garage installed and used SOLIDWORKS on the Computers, thereby accepting to be bound by the terms and conditions of the License Agreement.

79.     One of the terms and conditions of the License Agreement is that the SOLIDWORKS software cannot be loaded or used in any computer, nor can it be copied, without a right to do so from DS SolidWorks: "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from DS." *Id*. at 2/45.

14

80.     The License Agreement gives permission to a user to install and use one (1) copy of SOLIDWORKS if the license for a single-user license of SOLIDWORKS: "If you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Id. at 3/45−4/45.

81.     Defendants did not pay the license fee for the unauthorized and unlicensed copies of SOLIDWORKS that were installed on Computers.

82.     Therefore, Defendants do not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above-referenced unlicensed and unauthorized uses.

83.     Another of the terms and conditions of the License Agreement is that (i) use of SOLIDWORKS without the required lock device or authorization key provided by DS is prohibited, and (ii) the user is prohibited from taking steps to avoid or defeat the license authorization key mechanism for controlling access to SOLIDWORKS: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS]. You may not take any steps to avoid or defeat the purpose

of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS is prohibited." *Id*. at 24/45.

84.     Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks' access control measures, on the Computers.

85.     Upon information and belief, at least one of Ramirez, Papis Garage, or persons under the control of Papis Garage ran the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

86.     Upon information and belief, at least one of Ramirez, Papis Garage, or persons under the control of Papis Garage launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

87.     Upon information and belief, Papis Garage controlled the infringement and circumvention performed by Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage.

88.     Upon information and belief, Papis Garage derived a financial benefit from the infringement and circumvention performed by Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage.

## Vicarious and Contributory Liability by Ramirez

89.    Ramirez's LinkedIn profile states that he is the President of Papis Garage. Ramirez's profile is attached as Exhibit 11, hereto.

90.    According to Papis Garage's filings with the Secretary of State of Florida, Ramirez is the sole officer/director of Papis Garage.

91.    Upon information and belief, as President of CEO, and sole officer/director Ramirez is a dominant influence at Papis Garage.

92.    Upon information and belief, Ramirez determined the policies which resulted in the infringement and circumvention by Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage.

93.    Upon information and belief, as President of Papis Garage, Ramirez could have stopped the infringement and circumvention by Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage.

94.    Upon information and belief, Ramirez controlled the infringement by Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage.

17

95.     Upon information and belief, Ramirez derived a financial benefit from the infringement and circumvention by Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage.

96.     Upon information and belief, Ramirez owned and/or provided the computers upon which Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage infringed DS SolidWorks' copyrights and circumvented its technological measures.

97.     Upon information and belief, Ramirez provided the workspace within which Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage infringed DS SolidWorks' copyrights and circumvented its technological measures.

98.     Upon information and belief, Ramirez materially contributed to the infringements by Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage.

99.     Upon information and belief, Ramirez knew of the infringements by Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage, at least as early as September 2023, when DS SolidWorks sent its first letter.

<u>**Notice of Infringement to Defendants**</u>

18

100.   On September 6, 2022, counsel for DS SolidWorks sent a letter, attached as Exhibit 12 hereto, to Ramirez and Papis Garage, offering to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages on at least two machines.

101. Between September 7, 2022 and November 11, 2022, a compliance mediator from Dassault SolidWorks contacted Papis Garage in order to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages. No resolution was reached.

102.   On November 21, 2022, counsel for DS SolidWorks sent a second letter, attached as Exhibit 13 hereto, to Ramirez and Papis Garage, again offering to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages.

103.   Between December 8, 2022 and March 17, 2023, counsel for DS SolidWorks contacted Ramirez and Papis Garage regarding the possibility of resolving Papis Garage' unauthorized use of DS SolidWorks' SOLIDWORKS software packages via a series of emails. No resolution was reached. Emails from this series of conversations are attached as Exhibit 14, hereto.

19

104.   On September 25 2023, counsel for DS SolidWorks sent a third letter, attached as Exhibit 15 hereto, to Ramirez and Papis Garage, offering to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages, this time including infringements occurring on two additional machines which had begun their unauthorized use after the previous attempted resolutions.

105.   Between September 25, 2023, and October 11, 2023, a compliance mediator from DS SolidWorks contacted Papis Garage in order to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages. Again, no resolution was reached.

106.   On October 16, 2023, counsel for DS SolidWorks sent a fourth letter, attached as Exhibit 16 hereto, to Ramirez and Papis Garage, again offering to resolve the unauthorized use of DS SolidWorks' SOLIDWORKS software packages.

107.   Between October 26, 2023, and November 27, 2023, counsel for DS SolidWorks again contacted Ramirez and Papis Garage regarding the possibility of resolving Papis Garage' unauthorized use of DS SolidWorks' SOLIDWORKS software packages via a series of emails. Again, no resolution

was reached. Emails from this series of conversations are attached as Exhibit 17, hereto.

108. Despite these repeated requests to cease and desist the unlicensed and unauthorized use of DS SolidWorks' SOLIDWORKS software throughout these negotiations, Papis Garage continues to use unlicensed and unauthorized copies of DS SolidWorks' SOLIDWORKS software packages.

**COUNT I**
**FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

109. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

110. SOLIDWORKS, including SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, and SOLIDWORKS 2024, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

111. DS SolidWorks owns all rights and title to the copyrights of SOLIDWORKS.

112. At least one of Ramirez, Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage downloaded the

21

SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, and SOLIDWORKS 2024 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

113.   Subsequently to downloading a copy of SOLIDWORKS, at least one of Ramirez, Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage installed, executed, and utilized the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

114.   At least one of Ramirez, Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g. random-access memory (RAM) without authorization or permission from DS SolidWorks.

115.   At least one of Ramirez, Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage executed SOLIDWORKS on at least the above-identified Computers.

116.   By making unauthorized copies of SOLIDWORKS as described above, at least one of Ramirez, Papis Garage, employees of Papis Garage, and/or persons under the control of Papis Garage infringed and violated (directly and/or indirectly) DS SolidWorks' copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks' exclusive right under 17 U.S.C. § 106(1) to "reproduce the copyrighted work in copies."

117.   Upon information and belief, Papis Garage and Ramirez controlled the above-described infringement of DS SolidWorks' copyrights.

118.   Upon information and belief, Papis Garage and Ramirez received a direct financial benefit from the above-described infringement of DS SolidWork's copyrights.

119.   Upon information and belief, Papis Garage and Ramirez knew about the above-described infringement of DS SolidWorks' copyrights.

120.   Upon information and belief, Papis Garage and Ramirez materially contributed to the above-described infringement of DS SolidWorks' copyrights.

121.   Papis Garage and Ramirez's infringement and violation of DS SolidWorks' copyrights has been knowing and willful.

122.   DS SolidWorks has been damaged by the aforementioned infringement.

## COUNT II
## CIRCUMVENTION OF TECHNOLOGICAL MEASURES (17 U.S.C. § 1201)

123.   DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

124.   SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized License Key provided by DS SolidWorks to properly-license users of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

125.   Neither Papis Garage or Ramirez received an authorized License Key from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

126.   Upon information and belief, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage circumvented the technological measures incorporated into SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, and/or otherwise impairing such technological measures, including at least during the installation of SOLIDWORKS.

127.   Upon information and belief, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures.

128.   By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage violated 17 U.S.C. § 1201 each time an unauthorized use occurred.

129. Upon information and belief, Papis Garage and Ramirez controlled the above-described circumvention.

130. Upon information and belief, Papis Garage and Ramirez received a direct financial benefit from the above-described circumvention.

131. Upon information and belief, Papis Garage and Ramirez knew about the above-described circumvention.

132. Upon information and belief, Papis Garage and Ramirez's above-described circumvention was willful.

133. DS SolidWorks has been damaged by Papis Garage and Ramirez's above-described circumvention.

**COUNT III**
**BREACH OF CONTRACT**
**(Massachusetts Common Law)**

134. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

135. The installation of SOLIDWORKS, including at least SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, and SOLIDWORKS 2024, requires the user to accept the terms and conditions of the SOLIDWORKS License Agreement. *See* Exhibit 10.

136.   At least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage accepted the SOLIDWORKS License Agreement when they installed SOLIDWORKS 2016, SOLIDWORKS 2017, SOLIDWORKS 2019, SOLIDWORKS 2020, SOLIDWORKS 2021, SOLIDWORKS 2023, and SOLIDWORKS 2024.

137.   The License Agreement states "[i]f you have paid the license fee for a single-user license of [SOLIDWORKS], this Agreement permits you to install and use one (1) copy of [SOLIDWORKS] on any single computer." Ex. 10 at 3/45.

138.   Neither Papis Garage or Ramirez paid the license fee to install SOLIDWORKS on the Computers for the above-referenced unlicensed and unauthorized uses.

139.   By installing the SOLIDWORKS software on the Computers without paying the license fee, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage breached the License Agreement.

140.   The License Agreement states, "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks]."

141.   Papis Garage and Ramirez did not receive a right to load, use, or copy SOLIDWORKS from DS SolidWorks for the above-referenced unlicensed and unauthorized uses.

142.   At least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage downloaded the SOLIDWORKS 2020 and SOLIDWORKS 2022 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of SOLIDWORKS software without a right to do so from DS SolidWorks.

143.   Subsequent to downloading a copy of SolidWorks, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

144.   Each time at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage executed SOLIDWORKS, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage caused a computer to copy the SOLIDWORKS software code stored on the computer

28

storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g. random access memory (RAM) without a right to do so from DS SolidWorks.

145.  At least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage executed SOLIDWORKS at least on the above-identified Computers.

146.  By copying SOLIDWORKS as described above, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage breached the License Agreement by copying SOLIDWORKS without the right to do so.

147.  By loading SOLIDWORKS onto the Computers, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage breached the License Agreement by loading SOLIDWORKS without the right to do so.

148.  By using SOLIDWORKS on the Computers, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage breached the License Agreement by using SOLIDWORKS without the right to do so.

149.  The License Agreement states: "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software,

and/or a license authorization key to control access to [SOLIDWORKS]. You may not take any steps to avoid or defeat the purpose of any such measures. Use of any Offering without any required lock device or authorization key provided by DS is prohibited."

150.   Upon information and belief, after installing SOLIDWORKS, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage ran the SolidSquad (SSQ) crack program.

151.   Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the purpose of the license authorization key to control access to SOLIDWORKS.

152.   By running the SolidSquad (SSQ) crack program, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage breached the License Agreement.

153.   DS SolidWorks did not provide Papis Garage or Ramirez a license authorization key for the copies of SOLIDWORKS used on the Computers by at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under control of Papis Garage for the above-referenced unlicensed and unauthorized uses.

154. By using the SOLIDWORKS software without a license authorization key provided by DS SolidWorks, at least one of Papis Garage, Ramirez, employees of Papis Garage, and/or persons under the control of Papis Garage breached the License Agreement.

155. The License Agreement states that it is to be governed by the law of the Commonwealth of Massachusetts. Id. at 3/45.

156. DS SolidWorks has been damaged by the aforementioned breach.

## PRAYER FOR RELIEF

WHEREFORE, DS SolidWorks prays for relief as follows:

A. For a judgment determining that Papis Garage and Manuel Ramirez have infringed DS SolidWorks' copyrights in violation of 17 U.S.C. § 501;

B. For a judgment determining that Papis Garage and Manuel Ramirez have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C. For a finding that such infringement and/or circumvention was willful;

D.     For a judgment determining that Papis Garage and Manuel Ramirez have breached the License Agreement under Massachusetts Common Law;

E.     For a judgment preliminarily and permanently enjoining and restraining Papis Garage and Manuel Ramirez, including their officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them from directly or indirectly infringing DS SolidWorks' copyrights;

F.     For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Papis Garage and Manuel Ramirez, (iii) statutory damages of $150,000 per act of infringement, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505.

G.     For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of Papis Garage and Manuel Ramirez, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203.

H.   For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I.   For such other and further relief as the Court deems just and proper.

### DEMAND FOR A JURY TRIAL

DS SolidWorks hereby demands a trial by jury in this action.

Dated: April 14, 2025

Respectfully Submitted,

*/s/ Erik Johanson*

Erik Johanson
Florida State Bar No. 106417
Eric Johanson PLLC
3414 W Bay to Bay Blvd
Tampa, FL 33629
Telephone: 813-210-9442
Email: erik@johanson.law
Email: ecf@johanson.law
*Local Counsel for Plaintiff*

*/s/ Glenn E. Forbis*

Glenn E. Forbis
Jeremiah J. Foley
Harness, Dickey & Pierce PLC
5445 Corporate Drive, Suite 200
Troy, MI 48098
248-641-1600
Email: gforbis@harnessip.com

Email: jfoley@harnessip.com
*Lead Counsel for Plaintiff DS SolidWorks*
*(Pending Admission Pro Hac Vice)*