UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21708-GAYLES

**DASSAULT SYSTÈMES**
**SOLIDWORKS CORP.,**

    Plaintiff,

v.

**PAPIS GARAGE CORP,**
**AND MANUEL RAMIREZ,**

    Defendants.

_____/

**CONSENT FINAL JUDGMENT**

**THIS CAUSE** comes before the Court on the Joint Motion to Approve Consent Judgment (the "Motion"), [ECF No. 47], filed by Plaintiff Dassault Systèmes SolidWorks Corporation ("Plaintiff") and Defendants Papis Garage Corp and Manuel Ramirez ("Defendants"). The Court has reviewed the Motion and the record and is otherwise fully advised.

Plaintiff and Defendants stipulate to this judgment upon consent as follows:

1. Plaintiff brought this action by filing a complaint asserting its registered U.S. copyrights.

2. The Court has subject matter jurisdiction over this action.

3. The Court has personal jurisdiction over Defendants.

4. Plaintiff and Defendants have reached an agreement to resolve this matter and request that the Court enter a judgment for the following relief.

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Dassault Systèmes SolidWorks Corporation.

Pursuant to Fed. R. Civ. P. 65, **IT IS HEREBY ORDERED** that Defendants, their employees, agents, related companies, all persons under their direction, and other persons in active concert or participation with any of them and who receive actual notice of this Order (together, the "Enjoined Parties"), are hereby permanently prohibited from using any copies of DS SolidWorks' SOLIDWORKS software package without being the lawful owner or user of appropriate licenses permitting such use.

**IT IS FURTHER HEREBY ORDERED** that Defendants are jointly and severally liable to Dassault for the amount of One Million Three Hundred Forty-Seven Thousand Five Hundred Dollars ($1,347,500) and shall pay this amount by December 1, 2026.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of March, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE